# Order

Michigan Supreme Court
Lansing, Michigan

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146820

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

      SC: 146820
      COA: 306673
      Wayne CC: 11-000462-FC

DARRELL JAVOR WILSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 24, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013

s0617

Clerk